# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER,<br><br>　　　　Plaintiff,<br>　　vs.<br>VICTOR A. GHOSN, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00885 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 6) |

The plaintiff reports she has settled the matter and indicate she will seek dismissal of the action soon. (Doc. 6 at 2) Thus, the Court **ORDERS**:

　　1.　　The stipulation to dismiss the action **SHALL** be filed <u>**no later than September 3, 2021**</u>;

　　2.　　All pending dates, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

　　Dated:　**July 12, 2021**　　　　　　　_/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE