Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff:* SUZANNE NA PIER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR A. GHOSN, individually and as cotrustee under the GHOSN LIVING TRUST dated NOVEMBER 11, 2002; ROSEMARY J. GHOSN, individually and as cotrustee under the GHOSN LIVING TRUST dated NOVEMBER 11, 2002; CARL'S JR. #1101044, a business of unknown form; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 1:21-cv-00885-NONE-JLT<br><br>Hon.<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: June 4, 2021<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Suzanne Na Pier ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : July 20, 2021

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Suzanne Na Pier