# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER,<br><br>      Plaintiff,<br>vs.<br>VICTOR A. GHOSN, et al.,<br><br>      Defendants. | Case No. 1:21-cv-00885 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THE ACTION<br>(Doc. 8) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 8) She previously notified the Court she had settled the matter. Thus, she also requests that the case be dismissed with each side to bear their own fees and costs. Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

    Dated: **July 20, 2021**           **/s/ Jennifer L. Thurston**
                                                         CHIEF UNITED STATES MAGISTRATE JUDGE